

ACCEPTED
03-15-00596-CV
7511379
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 10:36:51 AM
JEFFREY D. KYLE
CLERK

5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
512.660.5960 main
512.660.5979 fax
www.rcmhlaw.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/23/2015 10:36:51 AM

JEFFREY D. KYLE
Clerk

Emily J. Davenport
512.660.5974 direct
edavenport@rcmhlaw.com

October 23, 2015

***Via Electronic Filing***
Jeffrey D. Kyle
Clerk of the Court
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:     No. 03-15-00596-CV; *Gracy Woods I Nursing Home v. Martha Mahan, as the Representative of the Estate of Mary Rivera*; In the 3rd Court of Appeals

Dear Mr. Kyle:

This letter is to advise you and all counsel of record in this matter that I will be on vacation on the following dates:

- November 11-13, 2015
- April 7-11, 2016

By copy of this letter, I am notifying all counsel of record of my vacation. I request that no hearings, depositions, or trial be scheduled during this time that would require a responsive pleading and/or my attendance in court.

Thank you for your attention to this matter.

Very truly yours,

/s/ Emily J. Davenport

Emily J. Davenport

cc:
Jack Modesett III
Walter V. Williams
ModesettWilliams, PLLC
515 Congress Ave., Suite 1650
Austin, TX 78701
jack@jmodesettlaw.com
***Via Electronic Service***